# EXHIBIT A

219638169

FILED: NEW YORK COUNTY CLERK 03/05/2026 09:07 AM    INDEX NO. 152799/2026

NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/05/2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ANN MARY ABRAHAM,

                        *Plaintiff,*

   -against-

EQUIFAX INFORMATION SERVICES, LLC,

                  *Defendant.*

**SUMMONS WITH NOTICE**

To the Entity Named as Defendant Above:

      **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

      **YOU ARE HEREBY NOTIFIED** that should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: March 04, 2026
      New York, NY

*/s/ Adam G. Singer*
**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
212.842.2428
asinger@adamsingerlaw.com

*Counsel for Plaintiff Ann Mary Abraham*

**Defendant's Address:**
Equifax Information Services, LLC - 708 Third Avenue, New York, NY 10017

      <u>**Notice: The nature of this action is:**</u>
Defendant Equifax Information Services, LLC ("Defendant" or "Equifax") violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files Equifax published and maintain concerning Plaintiff; and

      Equifax violated 15 U.S.C. § 1681i by failing to delete inaccurate information in Plaintiff's credit files after receiving actual notice of such inaccuracies, by failing to conduct

FILED: NEW YORK COUNTY CLERK 03/05/2026 09:07 AM    INDEX NO. 152799/2026
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 03/05/2026

lawful reinvestigations, and by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit files; and

Equifax violated 15 U.S.C. § 1681c-2 by failing to delete and block information in Plaintiff's credit file that was a result of identity theft after Plaintiff disputed and provided CRAs with notice that it was a result of identity theft, wherein Plaintiff enclosed proof of Plaintiff's identity, an explanation that the identity theft information was not related to an account or transaction Plaintiff initiated, and a copy of a qualified identity theft report to law enforcement made under penalty of perjury and at risk of prosecution if the report was false, and by failing to notify the furnisher of the identity theft information that the information was a result of identity theft, that an identity theft report had been filed, that the information had been blocked, and the dates of the block.

As a consequence of Defendant's violations, Plaintiff has been denied credit, has had existing credit reduced, expended hundreds of hours of uncompensated investigative labor on behalf of Equifax, and suffered emotional distress, including anxiety, stress, and humiliation.

**The relief sought is:**
- Actual damages for both economic and emotional harm in an amount exceeding $25,000, and to be determined by the trier of fact.
- $1,000 in statutory damages per violation,
- punitive damages in an amount to be determined by the trier of fact,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $500,000, with interest to run from March 04, 2026.

**Jury Trial:** Plaintiff demands a jury trial on all issues so triable.

**Venue:** Plaintiff designates New York County as the place of trial. The basis of this designation is that the Defendant maintains a place of business located in New York County at 708 Third Avenue, New York, NY 10017

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

-------------------------------------------------------------------X

ANN MARY ABRAHAM,

*Plaintiff,*

-against-

EQUIFAX INFORMATION SERVICES, LLC,                    Index No. 152799/2026


*Defendant.*

-------------------------------------------------------------------X

### NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

> 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

> 2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

> - serving and filing your documents electronically
>
> - free access to view and print your e-filed documents
>
> - limiting your number of trips to the courthouse
>
> - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: __March 06, 2026__

| | |
|---|---|
| Name | Address |
| Adam G. Singer | One Grand Central Place |
| | 60 E. 42nd Street, Suite 4600 |
| Firm Name | New York, NY 10165 |
| Law Office of Adam G. Singer, PLLC | |

Phone
212.842.2428

E-Mail
documents@adamsingerlaw.com

To:  Equifax Information Services, LLC
708 Third Avenue, New York, NY 10017