USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANN MARY ABRAHAM,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

1:26-cv-02589-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant removed this action to this Court on March 30, 2026.  [ECF No. 1].  Despite averring that Plaintiff served Defendant with her Complaint on March 9, 2026, Defendant failed to attach Plaintiff's Complaint to its Notice of Removal.  [ECF No. 1].

Accordingly, IT IS HEREBY ORDERED that, **on or before May 8, 2026**, Defendant shall file the Complaint that Plaintiff served on it.

**SO ORDERED.**

Date:  **May 7, 2026**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**