USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANN MARY ABRAHAM,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

1:26-cv-02589-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The parties have advised that they have reached a settlement in this matter.  [ECF No. 10].

Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without

costs to any party and without prejudice to restoring the action to this Court's calendar if the parties

are unable to memorialize their settlement in writing and as long as the application to restore the

action is made by July 7, 2026.  If no such application is made by that date, today's dismissal of

the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d

Cir. 2004).

**SO ORDERED.**

**Date:  May 13, 2026**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**